# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In Re:  
ANTONIO MARQUETTE NELSON SR  
2311 CARLISLE ST  
MONTGOMERY, AL 36108

Case No. 1932951  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> SOUTHERN ROOFING  
> ATTN PAYROLL  
> 2551 LOWER WETUMPKA RD  
> MONTGOMERY, AL 36110

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, November 23, 2022.

*/s/ Christopher L. Hawkins*  
Christopher L. Hawkins  
United States Bankruptcy Judge

cc: Antonio Marquette Nelson Sr